UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  2:23–cv–09173–MWF–AGR          Date      March 27, 2024

Title     KORTTNEY ELLIOTT V. DDS DISCOUNT LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                              Not Reported;
Courtroom Deputy                          Court Reporter

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 3/26/24, the Court sets a hearing on Order To Show Cause Re Dismissal for April 29, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs